IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROY NATHANIEL MACDONALD                                                    PLAINTIFF

v.                               Civil No. 4:17-cv-04118

SERGEANT B. GRIFFIE; CORPORAL
R. HENDERSON; HANNING; CORPORAL
C. PATTERSON; OFFICER ROGERS;
OFFICER SANDERS; and OFFICER
SCHOUMAKER                                                                  DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROY NATHANIEL MACDONALD                                                    PLAINTIFF

v.                               Civil No. 4:18-cv-04024

NURSE S. KING; NURSE LORI; NURSE
CHELSIE; OFFICER SHOEMAKER; CORPORAL
SANDERS; SERGEANT HENDERSON;
SERGEANT GRIFFIE; CORPORAL ROGERS;
OFFICER PATTERSON; and OFFICER HANNING                                     DEFENDANTS

**<u>ORDER</u>**

Plaintiff Roy Nathaniel MacDonald filed *pro se* action Civil No. 4:17-cv-04118 on December 18, 2017. (ECF No. 1). On February 20, 2018, Plaintiff filed *pro se* action Civil No. 4:18-cv-04024. (ECF No. 1). Before the Court in Case No. 4:17-cv-04118 and Case No. 4:18-cv-04024 are the Miller County Defendants' Motions to Consolidate. (ECF Nos. 53, 65). The Court finds no response from Plaintiff is necessary to rule on these motions.

1

Upon review of the files in the above captioned matters, I find these actions involve common questions of law and fact and for such reason these matters should be and hereby are consolidated for pretrial and trial pursuant to the provisions of Rule 42 of the Federal Rules of Civil Procedure. Accordingly, Defendants' Motions to Consolidate (ECF Nos. 53, 65) are **GRANTED.**

**The clerk is directed to file a copy of this Order in each case listed above. In the future, case number 4:17-cv-04118 shall be considered the lead case and all pleadings will be docketed to that case. All pleadings docketed after the entry of this Order shall contain both case numbers. The Clerk is directed to add to the lead case number 4:17-cv-04118 any Defendants named in case 4:18-cv-04024 who were not previously listed as Defendants in case 4:17-cv-04118.**

The deadlines set forth in the Initial Scheduling Orders in each case shall remain the same **EXCEPT** the deadline for the parties to file motions for summary judgment. **The new deadline to file motions for summary judgment is April 12, 2019.**

**IT IS SO ORDERED this 19th day of March 2019.**

/s/ Barry A. Bryant  
HON. BARRY A. BRYANT  
UNITED STATES MAGISTRATE JUDGE